Joseph M. Laughlin, Defendant in Error, v. William
M. Hopkinson, Plaintiff in Error.

Gen. No. 17,251.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. RICHARD S.
TUTHILL, Judge, presiding. Heard in this court at the March term,
1912. Reversed and remanded. Opinion filed November 29, 1913.

## Statement of the Case.

Action by Joseph M. Laughlin against William M.
Hopkinson to recover damages resulting from false
and fraudulent representations made to plaintiff by
defendant whereby plaintiff was induced to pay de-
fendant six thousand two hundred dollars for a one-
half interest in a clothing store.  From a judgment in
favor of plaintiff for twenty thousand dollars, defend-
ant brings error.

CHARLES B. STAFFORD, for plaintiff in error; A. N.
WATERMAN, THURMAN, STAFFORD & HUME and C. B.
HAFFENBERG, of counsel.

MAYER, MEYER, AUSTRIAN & PLATT, for defendant in
error.

MR. JUSTICE BROWN delivered the opinion of the
court.

## Abstract of the Decision.

1. FRAUDS, § 100*—*when evidence of other transactions, inadmis-
sible.* In an action for fraud and deceit practiced by defendant in
selling a part interest in a store, evidence of sale by defendant to
another *held* inadmissible to show fraudulent intention.

2. DAMAGES, § 153*—*when verdict excessive in action for fraud
and deceit.* In an action for damages resulting from false and fraud-
ulent representations, a verdict for $20,000 *held* palpably excessive.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.